IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA PLAZA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv461 |
| | ) | |
| v. | ) | |
| | ) | |
| MALNOVE INCORPORATED OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Document Number 11 shall be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 11 from the record. The Order will be re-filed.

DATED this 17th day of May, 2006.

BY THE COURT:

S/ F. A. Gossett
United States District Judge